NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ESSOCIATE, INC.,**
*Plaintiff-Appellant,*

v.

**AZOOGLE.COM, INC., EPIC MEDIA GROUP, INC.,** AND **SOCIAL ASSETS, LLC (doing business as Kinetic Social),**
*Defendants-Appellees.*

---

2013-1446

---

Appeal from the United States District Court for the Western District of Wisconsin in No. 11-CV-0727, Chief Judge Barbara B. Crabb.

---

**JUDGMENT**

---

DEREK A. NEWMAN, Newman Du Wors LLP, of Seattle, Washington, argued for the plaintiff-appellant. With him on the brief were DEREK LINKE, JOHN DU WORS, and KEITH SCULLY.

JENNIFER L. GREGOR, Godfrey & Kahn, S.C., of Madison, Wisconsin, argued for defendants-appellees.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (LOURIE, CLEVENGER, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| May 13, 2014 | /s/  Daniel  E.  O'Toole |
|:---:|:---:|
| Date | Daniel E. O'Toole |
| | Clerk of Court |